UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) M.B.D. No. 11-mc-91184 |
| | ) |
| ROBERT V. ANGLIN, | ) |
| Respondent. | ) |
| | ) |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, states that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. Mary McLaughlin is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Robert V. Anglin, resides or is found at 16 Albion Place, Newton, Massachusetts 02459, an address within the jurisdiction of this Court.

4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return. For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records, or other data, and to testify, as may be relevant or material to making the return.

5. On April 4, 2011, Revenue Officer McLaughlin issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Robert V. Anglin, directing him to appear before Revenue Officer Mary McLaughlin at the office of the Internal Revenue Service, 1250 Hancock

Street, Suite 503 South, Quincy, MA 02169 at 10:00 A.M. on April 21, 2011 and to produce for examination (and give testimony relating to) documents and financial records for the year(s) ended December 31, 2007. A copy of the Summons is attached to this Petition as "Exhibit A". On April 4, 2011, Revenue Officer Mary McLaughlin served the Summons on Robert V. Anglin by handing an attested copy of the summons to the person to whom it was directed. Revenue Officer McLaughlin signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

6. Robert V. Anglin has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Robert V. Anglin for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for the year(s) ended December 31, 2007.

WHEREFORE, the Petitioner prays that:

1. Robert V. Anglin be ordered to show cause, if any he has, why he should not obey the Summons;

2. Robert V. Anglin be ordered to obey the Summons at a time and place to be fixed by Revenue Officer McLaughlin or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action be awarded to the United States.

By its attorney,

CARMEN M. ORTIZ
United States Attorney

/s/ *James J. Fauci*
JAMES J. FAUCI
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: July 22, 2011 (617) 748-3289