# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Petitioner, ) | |
| v. ) | M.B.D. No. 11-mc-91184-JLT |
| ROBERT V. ANGLIN, ) | |
| Respondent. ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons, which was filed with this Court on July 22, 2011.

The government seeks to withdraw its petition because Respondent has complied with the Internal Revenue Service Summons.

    Respectfully submitted,

    CARMEN M. ORTIZ,
    United States Attorney

By:   /s/ *James J. Fauci*
    JAMES J. FAUCI
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3298

Dated: December 9, 2011     Email: Jeff.Fauci@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent, via first class mail, to those indicated as non-registered participants on December 9, 2011.

             /s/ *James J. Fauci*
             JAMES J. FAUCI
             Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent, via first class mail, to those indicated as non-registered participants on December 9, 2011.

       /s/ *James J. Fauci*
       JAMES J. FAUCI
       Assistant U.S. Attorney